IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | )   CRIMINAL NO. 18-059(RJL) |
| | ) |
| Darnell Catlett, et. al. | ) |

**NOTICE OF APPEARANCE**

COMES NOW Kira Anne West and enters her appearance as counsel for Ms. Pamela Davis in the above captioned case pursuant to the Criminal Justice Act.

Respectfully submitted,

KIRA ANNE WEST

By: _____/s/_____
Kira Anne West
DC Bar No. 993523
1325 G Street N.W., Suite 500
Washington, D.C.  20005
Phone:  202-236-2042
kiraannewest@gmail.com

**CERTIFICATE OF SERVICE**

I hereby certify on the 21st day of March, 2018, a copy of same was delivered to the parties of record, by electronic filing pursuant to the rules of the Clerk of Court.

_____/S/_____
Kira Anne West