## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|   |   |   |
|---|---|---|
| UNITED STATES OF AMERICA | : | No.: 18-cr-59-03 (RJL) |
|   | : |   |
| v. | : |   |
|   | : |   |
| BRIAN JENKINS, | : |   |
|   | : |   |
| Defendant. | : |   |
|   | : |   |

**GOVERNMENT'S INFORMATION AS TO PRIOR FELONY DRUG CONVICTION**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby gives notice, pursuant to 21 U.S.C. § 851, of the Defendant's prior felony drug conviction. This prior felony drug conviction enhances the statutory penalties of 21 U.S.C. §§ 841(b), 846:

| Conviction | Jurisdiction/Date |
|---|---|
| Purchase of Narcotics For Sale | San Bernardino, California, August 20, 1996 |

The Government reserves its right to supplement this § 851 notice at any time prior to trial or entry of a guilty plea.

Respectfully submitted,

JESSIE K. LIU
United States Attorney
D.C. Bar No. 472845

By:       /s/
CHRISTOPHER MACCHIAROLI
D.C. Bar No. 491825
KEVIN L. ROSENBERG
Ohio Bar No. 0081448
555 4th Street, N.W.,
Washington, D.C. 20001
(202) 252-7825
Christopher.Macchiaroli@usdoj.gov
Kevin.Rosenberg@usdoj.gov